IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BOOKER, #197624, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 3:08cv583-WHA |
| | ) (WO) |
| GRANT CULLIVER, et al., | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, Michael Booker.

DONE this 18th day of November, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE